IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANDREAS BLIKAS, GREG GATES,    3:09-CV-01324-AC
JAMES M. FRY, JOSEPH A.
GONZALES, MARK SHIFFLETT,    ORDER
and MICHAEL D. BORGES,

      Plaintiffs,

v.

RESTAURANTS UNLIMITED, a
foreign corporation,

      Defendant.

BROWN, Judge.

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#67) on August 18, 2011, in which he recommends

1 - ORDER

this Court grant Defendant's Motion (#29) for Summary Judgment and dismiss Plaintiffs' Complaint. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#67). Accordingly, the Court **GRANTS** Defendant's Motion (#29) for Summary Judgment and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 31st day of October, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER