IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANDREAS BLIKAS, GREG GATES, JAMES M. FRY, JOSEPH A. GONZALES, MARK SHIFFLETT, and MICHAEL D. BORGES,**           Plaintiffs, | 3:09-CV-01324-AC<br><br>**JUDGMENT** |
| v. | |
| **RESTAURANTS UNLIMITED, a foreign corporation,**           Defendants. | |

Based on the Court's Order (#69) issued October 31, 2011, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 31st day of October, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT