IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANDREAS BLIKAS, GREG GATES, JAMES M. FRY, JOSEPH A. GONZALES, MARK SHIFFLETT, and MICHAEL D. BORGES,<br><br>    Plaintiffs,<br><br>v.<br><br>RESTAURANTS UNLIMITED, a foreign corporation,<br><br>    Defendants. | 3:09-CV-01324-AC<br><br>JUDGMENT |

Based on the Court's Order (#69) issued October 31, 2011, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 31st day of October, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT